236 So.2d 497

**Luther A. WHITE et al.**

v.

**Annie Smith WHITE et al.**

**No. 50597.**

June 26, 1970.

Writ refused. The judgment is correct.

236 So.2d 497

**J. V. BRASWELL et al.**

v.

**H. J. HEARTWELL et al.**

**No. 50606.**

June 26, 1970.

Writ refused. On the facts found by the Court of Appeal there is no error in the judgment complained of.